B6F (Official Form 6F) (12/07)

In re **Thomas J. Harris,**
      **Cecelia M. Harris**                                                                                                      Case No. __**11-45893**__

                                                                       Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx14-00** <br><br>**Consumers Professional Credit Union** <br>**611 N. Wisner Street** <br>**Jackson, MI 49202** | | W | **2009** <br>**Loan** | | | | **2,673.71** |
| Account No. **xxxxxx6-L81** <br><br>**CP Federal Credit Union** <br>**1100 Clinton Road** <br>**Jackson, MI 49202** | | W | **2010** <br>**Loan** | | | | **880.00** |
| Account No. **xxxxxxx-L81.1** <br><br>**CP Federal Credit Union** <br>**1100 Clinton Road** <br>**Jackson, MI 49202** | | W | **2008** <br>**Signature Loan** | | | | **3,978.18** |
| Account No. **xxxxxx0-L83** <br><br>**CP Federal Credit Union** <br>**1100 Clinton Road** <br>**Jackson, MI 49202** | | W | **2008** <br>**Credit card purchases** | | | | **2,984.75** |

__**3**__ continuation sheets attached

                                                                       Subtotal     **10,516.64**
                                                                   (Total of this page)

In re **Thomas J. Harris,**
      **Cecelia M. Harris**

Case No. **11-45893**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-499-3**<br><br>**CP Federal Credit Union**<br>**1100 Clinton Road**<br>**Jackson, MI 49202** | | H | **2008**<br>**Credit card purchases** | | | | 2,050.00 |
| Account No. **xxxx-xxxx-xxxx-xxx8-496**<br><br>**Dell Preferred Account**<br>**Payment Processing Center**<br>**P.O. Box 6403**<br>**Carol Stream, IL 60197-6403** | | W | **2008**<br>**Credit card purchases** | | | | 964.40 |
| Account No.<br><br>**Department of Treasury**<br>**PO Box 330500**<br>**M/S**<br>**Detroit, MI 48232-6500** | | J | | | | | 7,657.46 |
| Account No. **xxxx-xxxx-xxxx-5001**<br><br>**Elder Beerman**<br>**HSBC Retail Services**<br>**Dept. 7680**<br>**Carol Stream, IL 60116-7680** | | J | **2005**<br>**Credit card purchases** | | | | 658.60 |
| Account No. **xxxx-xxxx-xxxx-6009**<br><br>**Fred Meyers Jewelers Plan**<br>**P.O. Box 653054**<br>**Dallas, TX 75265-3054** | | J | **2006**<br>**Credit card purchases** | | | | 1,924.73 |

Sheet no. **1** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,255.19

In re **Thomas J. Harris,**            Case No. **11-45893**
     **Cecelia M. Harris**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (HWJC) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2007**<br><br>**GE Money Bank**<br>**PO Box 960061**<br>**Orlando, FL 32896-0061** | | J | **6019-1815-0626-9350**<br>**Credit card purchases** | | | | 868.56 |
| Account No. **xxxx-xxxx-xxxxxx-4335**<br><br>**Great Lakes**<br>**P.O. Box 3059**<br>**Milwaukee, WI 53201-3059** | | H | **2007**<br>**Student Loan** | | | | 20,000.00 |
| Account No. **xxx-xxx-x5171**<br><br>**JC Penney**<br>**P.O. Box 960090**<br>**Orlando, FL 32896-0090** | | W | **2009**<br>**Credit card purchases** | | | | 682.84 |
| Account No. **xxxx-xxxx-xxxx-7370**<br><br>**Paypal Credit Services/GEMB**<br>**P.O. Box 960080**<br>**Orlando, FL 32896-0080** | | W | **2009**<br>**Credit card purchases** | | | | 859.38 |
| Account No. **xxxx-xxxx-xxxx-5531**<br><br>**Sears**<br>**HSBC Card Services**<br>**P.O. Box 5222**<br>**Carol Stream, IL 60197-5222** | | W | **2009**<br>**Credit card purchases** | | | | 479.99 |

Sheet no. __2__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **22,890.77**

B6F (Official Form 6F) (12/07) - Cont.

In re **Thomas J. Harris,**
**Cecelia M. Harris**
_____,
Debtors

Case No. **11-45893**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-4590 <br><br> **Sears** <br> **HSBC Card Services** <br> **P.O. Box 5222** <br> **Carol Stream, IL 60197-5222** | | H | 2009 <br> **Credit card purchases** | | | | 400.00 |
| Account No. xxxx-xxxx-xxxx-7145 <br><br> **TJX Maxx** <br> **Card Member Services** <br> **P.O. Box 15148** <br> **Wilmington, DE 19886-5148** | | W | 2009 <br> **Credit card purchases** | | | | 456.27 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    856.27

Total (Report on Summary of Schedules)    47,518.87

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy